UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~

UNITED STATES OF AMERICA,

           vs           1:09-CR-523

PAUL F. ARCHAMBAULT,
           Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OFFICE OF THE<br>FEDERAL PUBLIC DEFENDER<br>Attorney for Defendant<br>5th Floor<br>39 North Pearl Street<br>Albany, NY 12207 | GEORGE E. BAIRD, JR., ESQ. |
| HON. ANDREW T. BAXTER<br>United States Attorney<br>  for the Northern District of New York<br>Attorney for Government<br>100 South Clinton Street<br>P. O. Box 7198<br>Syracuse, New York  13261-7198 | NATHANIEL J. DORFMAN, ESQ.<br>THOMAS SPINA, ESQ.<br>Assistants U.S. Attorney |

DAVID N. HURD
United States District Judge

## O R D E R

A decision having been rendered from the bench, it is

ORDERED, that

1. The motion/appeal from the Order Setting Conditions of Release is DENIED;

2. The stay of said order is VACATED;

3. The said Order is in full force and effect; and

      4.  Any violation of said Order by the defendant shall result in his immediate arrest and incarceration.

      IT IS SO ORDERED.

Dated:  October 7, 2009
         Utica, New York.

_____
United States District Judge